# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Julie K. Klaphake,                                  Bky. Case No. 14-50254
                                                    Chapter 7

      Debtor.

_____

## ORDER APPROVING SETTLEMENT OR COMPROMISE

      This matter came before the court on the trustee's Notice of Settlement or Compromise with Dean Mielke. No objection having been filed, and based upon the Notice of Settlement or Compromise and the file,

IT IS ORDERED:

The settlement and the Amendment to Purchase Agreement, both as described in the Notice of Settlement (Docket No.45) dated March 6, 2015, are approved.

Dated: *April 6, 2015*

                                      */e/ Michael E. Ridgway*
                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/06/2015
Lori Vosejpka, Clerk, by AMM